```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   Case No. 2:08-cr-0292 LKK
                                 )
11            Plaintiff,         )   ORDER FOLLOWING STATUS
                                 )         CONFERENCE
12       v.                      )   EXCLUDING TIME
                                 )
13  GUADALUPE GUTIERREZ,         )
                                 )
14            Defendant.         )
    _____)
15
```

This matter came on for a status conference on July 12, 2011, at 9:15 a.m. Assistant United States Attorney Jared Dolan appeared on behalf of the United States of America and appointed counsel Christopher Haydn-Myer, Esq., appeared on behalf of defendant Guadalupe GUTIERREZ. The defendant was present out of custody.

Counsel for the defendant requested a trial date and the Court granted that request. The Court set trial of this matter for October 25, 2011, with a trial confirmation hearing on October 12, 2011. The parties agreed that in light of the trial being scheduled that time should be excluded from the Speedy Trial Act because the ends of justice are served by the Court excluding such time, and that the interests of justice served by granting this continuance outweighed the best interests of the public and the defendant in a

1

speedy trial so that counsel for the defendant may have reasonable time necessary for trial in this matter, taking into account the exercise of due diligence the in the interests of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Therefore, based upon the representations of the parties at the July 12, 2011 status conference, IT IS HEREBY ORDERED that:

(1)  A trial confirmation hearing in this case for defendant GUTIERREZ is set for October 12, 2011, at 9:15 a.m.;

(2)  Jury trial in this matter is set for October 25, 2011, at 10:30 a.m.; and

(3)  Time is excluded under the Speedy Trial Act up to, and including, October 25, 2011, at 10:30 a.m. because the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

DATED: October 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2