HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
GUADALUPE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-08-CR-292 |
| Plaintiff, | STIPULATION;ORDER |
| v. | Date:<br>Time: |
| GUADALUPE GUTIERREZ, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

Defendant, GUADALUPE GUTIERREZ, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree as follows:

The parties hereby stipulate that Mr. Gutierrez has been participating in substance abuse counseling since being released on bail. His counselor has informed Pretrial Services that he no longer feels Mr. Gutierrez requires ongoing substance abuse counseling. Therefore, in addition to the previously ordered conditions of pretrial release for Mr. Guadalupe Gutierrez, condition number 9 is to be modified to the following:

    Mr. Gutierrez is no longer required to participate in
    substance abuse counseling as a condition of his pretrial
    release. All other terms and conditions of pretrial release

1

previously imposed remain in effect.
Counsel has contacted both Mrs. Rebecca Fidelman and Mr. Hitt, and the stipulation and proposed order are being requested by all parties.

Dated: November 15, 2011
Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Guadalupe Gutierrez

DATED: November 15, 2011          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /S/ Christopher Haydn-Myer for
                                   Jason Hitt
                                   Assistant U.S. Attorney

DATED: November 15, 2011          /S/ Christopher Haydn-Myer for
                                   Rebecca Fidelman
                                   Pre-Trial Services

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that Mr. Guadalupe Gutierrez' condition of release number 9 is to be modified. Based on the stipulation of the parties, Mr. Gutierrez is no longer required to participate in substance abuse counseling as a condition of his pretrial release. All other terms and conditions of pretrial release previously imposed remain in effect.

Dated: November 16, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT