1  HAYDN-MYER LAW CORPORATION
   Christopher Haydn-Myer, Bar #176333
2  1478 Stone Point Drive, Suite 400
   Roseville, California 95661
3  Telephone: (916) 622-1703
   Fax: (916) 760-2767
4  email: chrishaydn@sbcglobal.net

5  Attorney for Defendant
   GUADALUPE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. S-08-CR-292 |
|---|---|
| Plaintiff, | ) STIPULATION and ORDER |
| | ) EXONERATING BOND |
| v. | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| GUADALUPE GUTIERREZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, GUADALUPE GUTIERREZ, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree as follows:

Mr. GUTIERREZ was released on a $100,000.00 appearance bond secured by a deed of trust. The bond was secured with real property located at 1556 Ironside Drive, Modesto, California. Mr. GUTIERREZ has pled guilty, and he was sentenced.

Accordingly, the surety for the defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

///

///

///

1

Dated: December 20, 2012

Respectfully submitted,

/s/ Christopher Haydn-Myer

_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Guadalupe Gutierrez

DATED: December 20, 2012

BENJAMIN B. WAGNER
United States Attorney

/S/ Christopher Haydn-Myer for
Jason Hitt
Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: January 7, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT